UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **SUNDEE WILHITE BOLTON ET AL** | **CASE NO. 3:19-CV-00657** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WENDELTA PROPERTY HOLDINGS LLC** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation [Doc. No. 24] of the Magistrate Judge having been considered, together with the written objection [Doc. No. 28] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion to remand [Doc. No. 16] is **GRANTED**.

MONROE, LOUISIANA, this 24th day of March, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE